UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR123-011 |
| | ) | |
| EDMUND BROWN | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Melissa C. Bray** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Melissa C. Bray be granted leave of absence for the following periods: July 19, 2023 through July 24, 2023.

SO ORDERED, this the 24th day of May, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA